STATE OF NEW JERSEY v. JOHN BENEDETTO.

May 2, 1988.

Petition for certification denied. (See 221 *N.J.Super.* 573)

STATE OF NEW JERSEY v. GREGORY PERRY.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN BASKIN.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SHANE HALLORAN.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH BAKER.

May 2, 1988.

Petition for certification denied.